there is no reasonable possibility that such allegations are true" (*People v Santana*, 101 AD3d 1664, 1664-1665 [2012], *lv denied* 20 NY3d 1103 [2013]; *see* CPL 440.30 [4] [d]).

We have considered defendant's remaining claims of ineffective assistance, and we conclude that they are without merit. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. SABINS, Appellant. (Appeal No. 1.) [40 NYS3d 341]—Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered June 25, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on August 29, 2016, and by the attorneys for the parties on August 9 and 15, 2016,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. SABINS, Appellant. (Appeal No. 2.) [40 NYS3d 336]—Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered June 25, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on August 29, 2016, and by the attorneys for the parties on August 9 and 15, 2016,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. SABINS, Appellant. (Appeal No. 3.) [40 NYS3d 336]—Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered June 25, 2013. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on August 29, 2016, and by the attorneys for the parties on August 9 and 15, 2016,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.